DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENATE SOUDEK,**
Appellant,

v.

**IBIZA CONDOMINIUM ASSOCIATION, INC.,**
a Florida not-for-profit Corporation,
Appellee.

No. 4D18-1054

[October 17, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE 14-23286 (03).

Stephen Karaski, Pompano Beach, for appellant.

Michael R. Bass of Michael R. Bass, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***